UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

MARY HUGHES,

    Plaintiff,

-against-

CORD MEYER DEVELOPMENT COMPANY, CORD
MEYER DEVELOPMENT, LLC, and MATTHEW
WHALEN, individually and as an aider and abettor,

    Defendants.

------------------------------------------------------------ x

Case No.: 21-cv-6007

**DISMISSAL WITH PREJUDICE**
**F. R. CIV. P. 41**

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record, that the above-captioned action is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements to any party; ~~however, if Defendants fail to make timely payment under the Settlement Agreement and General Release, Plaintiff shall be entitled to vacate this Dismissal and restore the action to active status upon application made within 15 days hereof~~; and

  **IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts, and facsimile signatures shall have the same force and effect as an original.

Dated: 3-11, 2022

ZABELL & COLLOTTA, P.C.

By: _____
  Saul D. Zabell
*Attorneys for Plaintiff*
One Corporate Drive, Suite 103
Bohemia, New York 11716
Tel.: (631) 589-7242

FARRELL FRITZ, P.C.

By: _____
  Domonique Camacho Moran
*Attorneys for Defendants*
400 RXR Plaza
Uniondale, New York 11556
Tel.: (516) 227-0700

SO ORDERED
DATED: Brooklyn, NY
   4/17/2022

s/Ann M. Donnelly
_____
Ann M. Donnelly
U.S. District Judge